UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

GLC ON-THE-GO, INC.,

    Plaintiff,

v.

MISSION POINT OF CEDAR SPRINGS, LLC d/b/a MISSION POINT NURSING AND REHABILIATION CENTER OF CEDAR SPRINGS,

    Defendant.

Case No. 1:23-cv-1148
Hon. Hala Y. Jarbou

| JENNIFER A. MORANTE (P64892) | KENNETH R. BEAMS (P63248) |
|---|---|
| Gordon Rees Scully Mansukhani, LLP | Kenneth R. Beams, PLLC |
| Attorney for Plaintiff GLC On-The-Go, Inc | Attorneys for Defendant Mission Point of Cedar Springs, LLC |
| 37000 Woodward Avenue, Suite 225 | 32400 Telegraph Road, Suite 103 |
| Bloomfield Hills, Michigan 48304 | Bingham Farms, MI 48025 |
| jmorante@grsm.com | ken@krbpllc.com |

## STIPULATED ORDER FOR DISMISSAL

This matter having come before the court upon the stipulation and agreement of the parties, through their counsel and the court being fully advised;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants are dismissed without prejudice and without costs to any party.

**IT IS SO ORDERED**

Dated: _____                           _____
                                                                       Hon. Hala Y. Jarbou
                                                                       U.S. District Court Judge

Approved as to form and content for entry:

*/s/ Jennifer A. Morante*
JENNIFER A. MORANTE (P64892)
Dated: June 21, 2024

*/s/ Kenneth R. Beams (w/ consent)*

KENNETH R. BEAMS (P63248)
Dated: June 21, 2024